# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Mahn v. Allegis Group, Inc., et ano. Docket No.: 26-86

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Daniel S. Goldstein

Firm: Smith, Gambrell & Russell, LLP

Address: 1301 Avenue of the Americas, 15th Floor, New York, NY 10019

Telephone: (646) 887-9521 Fax: (646) 887-8153

E-mail: dgoldstein@sgrlaw.com

**Appearance for:** Allegis Group, Inc. and Major, Lindsey & Africa, LLC / Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ____________________)
(name/firm)

☑ Additional counsel (co-counsel with: David J. Doyle)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ____________________ OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/ Daniel S. Goldstein

Type or Print Name: Daniel S. Goldstein