# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Mahn v. Allegis Group, Inc., et ano. Docket No.: 26-86

Lead Counsel of Record (name/firm) or Pro se Party (name): Daniel S. Goldstein / Smith, Gambrell & Russell, LLP

Appearance for (party/designation): Allegis Group, Inc. and Major, Lindsey & Africa, LLC / Defendants-Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☑) Correct
(☐) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(☑) Correct
(☐) Incorrect. The following parties do not wish to participate in this appeal:
Parties: __________
(☐) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(☑) Correct
(☐) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone: Fax:
Email:

## RELATED CASES

(☑) This case has not been before this Court previously.
(☐) This case has been before this Court previously. The short title, docket number, and citation are:

(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on __________ OR that (☐) I applied for admission on __________ or renewal on __________. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Daniel S. Goldstein
Type or Print Name: Daniel S. Goldstein
OR
Signature of pro se litigant:
Type or Print Name:
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.