UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

# MOTION INFORMATION STATEMENT

Docket Number(s): 26-86

Caption [use short title]: Mahn v. Allegis Group, Inc., et ano.

Motion for: Admission Pro Hac Vice of David J. Doyle

Set forth below precise, complete statement of relief sought:

Defendants-Appellees Allegis Group, Inc. and Major, Lindsey & Africa, LLC respectfully request admission pro hac vice of David J. Doyle.

MOVING PARTY: Allegis Group, Inc. and Major, Lindsey & Africa, LLC

- [ ] Plaintiff
- [x] Defendant
- [ ] Appellant/Petitioner
- [x] Appellee/Respondent

OPPOSING PARTY: Sharon Mahn

MOVING ATTORNEY: David J. Doyle

OPPOSING ATTORNEY: Rebecca Brazzano

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Smith, Gambrell & Russell, LLP | Brazzano Law PLLC |
| 155 N. Wacker Dr., Suite 3000, Chicago, IL 60606 | 43 West 43rd Street, Suite 264, New York, NY 10036 |
| (312) 360-6000 // ddoyle@sgrlaw.com | (561) 685-3812 // RBrazzano@BrazzanoLaw.com |

Court- Judge/ Agency appealed from: Southern District of New York - Gregory H. Woods

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain):

Opposing counsel's position on motion:
- [x] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [x] No
- [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No

Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [x] No If yes, enter date:

**Signature of Moving Attorney:**

[signature]

Date: 4/13/2026

Service: [x] Electronic [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| SHARON MAHN,<br><br>Plaintiff-Appellant,<br><br>- against -<br><br>ALLEGIS GROUP, INC. and MAJOR, LINDSEY & AFRICA, LLC,<br><br>Defendants-Appellees. | Case No. 26-86<br><br>On Appeal from the United States District Court for the Southern District of New York<br>Case No. 24 Civ. 08326 (GHW) |

**DECLARATION OF DAVID J. DOYLE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

DAVID J. DOYLE, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1. I am a partner, resident in the Chicago, Illinois office, of Smith, Gambrell & Russell, LLP, attorneys for Defendants-Appellees Allegis Group, Inc. and Major, Lindsey & Africa, LLC ("Defendants-Appellees").

2. I submit this Declaration in support of my motion for admission *pro hac vice* on behalf of Defendants-Appellees in the above-captioned matter.

3. I am admitted pro hac vice to represent Defendants-Appellees in the lower court action that is the subject of this appeal. Smith, Gambrell & Russell, LLP, especially the Chicago office, has an ongoing relationship with Defendants-Appellees which predates the commencement of the lower court action in New

York. As such, I have special knowledge concerning the background of this action, the relationship between the parties herein, and the legal issues that are likely to come before the Court.

4. Defendants-Appellees have a strong interest in my legal representation of them in this matter. My admission pro hac vice will serve the important interest of permitting Defendants-Appellees to be represented by counsel of their choice.

5. If the Court grants my admission pro hac vice, I will continue to be associated with Daniel S. Goldstein, a: (i) partner in the New York office of Smith, Gambrell & Russell, LLP that is counsel of record in the lower court action; (ii) member in good standing of the New York bar; and (iii) member in good standing of this Court.

6. Since my admission on November 10, 1994, I have been and still am a member in good standing of the State Bar of Illinois.

7. I have not been convicted of a felony.

8. I have not been censured, suspended, disbarred or denied admission or readmission by any Court.

9. There are no pending disciplinary proceedings against me in any State or Federal Court.

10. No prejudice will accrue as against any party herein if this application is granted.

11. No previous request for this relief sought herein has been made to this or any other Court.

WHEREFORE, it is respectfully requested that this Court grant the within application in its entirety, as well as such further relief as the Court may deem proper and just.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026

DAVID J. DOYLE